IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No: 5:21-CV-00213-M

| | |
|---|---|
| CAPITAL READY MIX CONCRETE, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ASTEC, INC., CEI ENTERPRISES, INC., and REXCON, INC., <br><br> Defendants. | ORDER ON DEFENDANTS' MOTION TO DISMISS AND COMPEL ARBITRATION UNDER 9 U.S.C. §§ 3, 4; OR, ALTERNATIVELY, TO DISMISS UNDER *FORUM NON CONVENIENS*; OR, ALTERNATIVELY, TRANSFER PURSUANT TO 28 U.S.C. § 1404(a); OR ALTERNATIVELY, TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) |

THIS MATTER comes before the court on the Motion of Defendants, Astec, Inc., CEI Enterprises, Inc., and Rexcon, Inc. (collectively, "Defendants"), to Dismiss and Compel Arbitration under 9 U.S.C. §§ 3, 4; or, alternatively, to Dismiss under *Forum Non Conveniens*, or, alternatively, Transfer pursuant to 28 U.S.C. § 1404(a); or, alternatively, to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion") [DE 11]. With the consent of Defendants and Plaintiff, Capital Ready Mix Concrete, LLC ("CRMC" or "Plaintiff"), the Motion is granted in part and denied, without prejudice, in part.

THEREFORE, IT IS HEREBY ORDERED as follows:

1. Defendants' Motion to Dismiss this action pending arbitration is DENIED.

2. Defendants' Motion to Compel arbitration is GRANTED. This action is hereby STAYED pending arbitration in Chattanooga, TN, conducted in accordance with the American Arbitration Association's Commercial Arbitration Rules. <u>Within sixty days of the date of this order, and every sixty days thereafter, the parties shall file a joint report informing the court of the status of the arbitration proceedings</u>.

1

3. Defendants' Motion to Dismiss under *forum non conveniens* is DENIED as moot.

4. Defendants' Motion to Transfer pursuant to 28 U.S.C. § 1404(a) is DENIED as moot.

5. Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) is DENIED as moot, without prejudice to Defendants' right to file such a Motion or seek comparable relief in arbitration.

6. This Court shall retain jurisdiction for further proceedings. Upon conclusion of the arbitration, the parties shall notify the court by a joint status report informing the court of any necessary further proceedings.

SO ORDERED this 24th day of June, 2021.

*Richard E Myers II*

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

CONSENTED AND AGREED TO:

| FOR PLAINTIFF | FOR DEFENDANTS |
|---|---|
| */s/ Todd A. Jones* | */s/ Catherine S. Dorvil* |
| Todd A. Jones | Anthony A. Jackson |
| North Carolina State Bar No. 25593 | Tennessee State Bar No. 014293 |
| Lindsey E. Powell | Catherine S. Dorvil |
| North Carolina State Bar No. 39993 | Tennessee State Bar No. 034060 |
| tjones@andersonandjones.com | Kelly B. Etchells |
| lpowell@andersonandjones.com | Tennessee State Bar No. 035998 |
| Anderson Jones, PLLC | bjackson@chamblisslaw.com |
| 421 N. Blount Street | cdorvil@chamblisslaw.com |
| Raleigh, NC 27601 | ketchells@chamblisslaw.com |
| Telephone: (919) 277-2541 | Chambliss, Bahner & Stophel, P.C. |
| Facsimile: (919) 277-2544 | 605 Chestnut Street, Suite 1700 |
| *Attorneys for Plaintiff* | Chattanooga, TN 37405 |

2

Telephone: (423) 757-0240
Facsimile: (423) 508-1240
*Special Appearance Attorneys for Defendants*


*/s/ Matthew T. Houston*
Matthew T. Houston
North Carolina State Bar No. 46130
matthew.houston@klgates.com
K&L Gates LLP
4350 Lassiter at North Hills Avenue, Suite 300
Raleigh, NC 27609
Telephone: (919) 743-7322
Facsimile: (919) 516-2122
*Local Civil Rule 83.1(d) Attorneys for Defendants*